# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CATHLEEN HANSEN, on Behalf of Herself and All Others Similarly Situated,

          Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,

          Defendants.

Case No. 17-CV-352-JPS

**ORDER**

On March 9, 2017, the plaintiff filed this action alleging claims of breach of warranty, unjust enrichment, fraud, violations of the Magnusson-Moss Act, and violations of state consumer-protection laws. (Docket #1). On April 27, 2017, the parties filed a joint motion to transfer the case to the United States District Court for the Western District of Oklahoma, where several actions are pending involving claims similar to those alleged here against the same defendants named here. (Docket #4 at 1-3).

A district court may, "[f]or the convenience of the parties and witnesses, in the interest of justice, … transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a); *see also Research Automation, Inc. v. Schrader-Bridgeport Int'l, Inc.*, 626 F.3d 973, 977 (7th Cir. 2010). Due to the consent of both parties to transfer, and in light of the pendency of similar cases in the transferee district, the Court concludes that this matter should be transferred to the Western District of Oklahoma for further proceedings.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to transfer this case (Docket #4) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this case be transferred to the United States District Court for the Western District of Oklahoma for further disposition.

The Clerk of the Court is directed to take all appropriate steps to effectuate the transfer of this case to the United States District Court for the Western District of Oklahoma.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge