# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

CATHLEEN HANSEN, on behalf of ) 
herself and all others similarly situated, )
)
        Plaintiff, )
)
v. )   Case No. CIV-17-513-D
)
SAMSUNG ELECTRONICS )
AMERICA, INC., et al., )
)
        Defendants. )

## **ORDER**

The parties to this action have filed an Agreed Motion [Doc. No. 10], asking that the Court stay these proceedings pending the resolution of two related cases currently before the Court: *Wells v. Samsung Electronics America, Inc., et al.*, Case No. CIV-17-46-D and *Higginbotham v. Samsung Electronics America, Inc., et al.*, Case No. CIV-17-102-D (hereinafter the "*Wells/Higginbotham* litigation").[1]

Rather than staying this case for an indeterminate amount of time, the Court directs the Clerk to administrative close this case in her records. Within **thirty (30) days** of the final disposition of the *Wells/Higginbotham* litigation, the parties may

---

[1] The parties also request that the Consolidated Complaint filed in the *Wells/Higginbotham* litigation [Doc. No. 15] be designated as the operative complaint in this action. The Court declines to do so at this time.

move to reopen this action. If the parties have not moved to reopen this action within the prescribed time, it will be deemed to be dismissed without prejudice.

**IT IS SO ORDERED** this **21st** day of June 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE